MANRY *et al. v.* FIRST NATIONAL BANK OF BARNESVILLE.

GRICE, Justice. The court did not err in sustaining a general demurrer to the plaintiffs' suit, one ground of which was that the same "shows on its face that the relief prayed for can not be granted as against this

defendant," the sole defendant being a national banking association, and the only prayer, besides the one for process, being that an injunction issue, before a final judgment. The instant case can not on principle be distinguished from, and is controlled by, *National Bank of Savannah* v. *Craven*, 147 *Ga.* 753 (95 S. E. 246); *American National Bank of Macon* v. *Dure*, 148 *Ga.* 498 (97 S. E. 70); *Hill* v. *First National Bank of West Point*, 163 *Ga.* 458 (136 S. E. 437); *Garrard* v. *Milledgeville Banking Co.*, 171 *Ga.* 247 (155 S. E. 40).

*Judgment affirmed. All the Justices concur.*

No. 12772. April 12, 1939.

*J. R. Terrell,* for plaintiffs.    *Harvey J. Kennedy,* for defendant.